ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                    )
                                                )
Military Aircraft Parts                         )        ASBCA No. 60290
                                                )
Under Contract Nos. SPM4A7-09-M-6653   )
                    SPM4A7-10-M-3828   )
                    SPM4A7-11-M-G805   )

APPEARANCE FOR THE APPELLANT:          Mr. Robert E. Marin
                                       President

APPEARANCES FOR THE GOVERNMENT:        Daniel K. Poling, Esq.
                                         DLA Chief Trial Attorney
                                       Edward R. Murray, Esq.
                                       Jason D. Morgan, Esq.
                                         Trial Attorneys
                                         DLA Aviation
                                         Richmond, VA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 24 February 2016

_____
LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60290, Appeal of Military Aircraft Parts, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals